IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ALEC EDMUND SMITH** | : | **CIVIL ACTION** |
| | : | |
| v. | : | NO. 13-4948 |
| | : | |
| **NANCY GIROUX, et al** | : | |

## ORDER

**AND NOW**, this 1st day of May, 2014, upon consideration of the Petition for Writ of Habeas Corpus (Document No. 1), the Respondents' Answer to Petition for Writ of Habeas Corpus (Document No. 14), the Report and Recommendation filed by United States Magistrate Judge Thomas J. Rueter (Document No. 15), the petitioner's objections to the Report and Recommendation (Document No. 16), and after a thorough and independent review of the record, it is **ORDERED** that:

1. The petitioner's objections are **OVERRULED**;

2. The Report and Recommendation of Magistrate Judge Rueter is **APPROVED** and **ADOPTED**;

3. The Petition for Writ of Habeas Corpus is **DENIED**; and,

4. There is no probable cause to issue a certificate of appealability.

        /s/Timothy J. Savage
    TIMOTHY J. SAVAGE,  J.